IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROGER JAMES SMITH,

        Appellant,

v.                                                                        Case No.  5D14-4029

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed March 24, 2016

Appeal from the Circuit Court
for Seminole County,
Kenneth R. Lester, Jr., Judge.

James S. Purdy, Public Defender, and
Edward J. Weiss, Assistant Public
Defender, Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Carmen F. Corrente,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.  See Young v. State, 141 So. 3d 161, 165 (Fla. 2013) (holding

sufficiency of the evidence claim was not reviewable for fundamental error on appeal

where defendant waived appellate review on the specific issue of whether an

uninhabitable building that had been undergoing renovation at the time of the break-in

constituted a "dwelling" under the burglary statute, because defendant did not specifically argue at trial that the building was not a "dwelling" and the evidence established that, at the very least, defendant committed a burglary of a structure).

TORPY, BERGER and LAMBERT, JJ., concur.